# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | | |
|---|---|---|
| **MEHAFFEY & WATSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:15-cv-00106-P** |
| | § | |
| **TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

Plaintiff Mehaffey & Watson ("Plaintiff") and Defendant Travelers Lloyds of Texas Insurance Company ("Defendant") hereby advise the Court that Plaintiff and Defendant have reached a settlement of Plaintiff's claims against Defendant, which will result in a dismissal of this lawsuit. Based on this settlement, Plaintiff and Defendant request 30 days to document the settlement and file dismissal documents.

Respectfully submitted,

*/s/ Mahsa Tajipour (with permission)*
MAHSA TAJIPOUR
Texas Bar No. 24050163
ROBERT A. POLLOM
Texas Bar No. 24041703
CHRIS MAZZOLA
Texas Bar No. 24069114
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
210-490- 4357 (Phone)
210-490-8372 (Fax)
mahsa@krwlawyers.com
robert@krwlawyers.com
chris@krwlawyers.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Anna S. Brooks*
WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
ANNA S. BROOKS
Texas Bar No. 24074147
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
apuckett@qslwm.com
abrooks@qslwm.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of this instrument has been furnished to counsel of record via ECF in accordance with the Federal Rules of Civil Procedure, this 25th day of September 2015.

                                        */s/ Anna S. Brooks*
                                        Anna S. Brooks